# EXHIBIT 2

| Cat | Milestone | Invoice No | PaidPosted | PostedAuth | Not invoiced | Grand Total |
|---|---|---|---|---|---|---|
| Equipment | 15% contract signing | 99407952 | 2,776,710.00 | | | 2,776,710 |
| | 15% 1st March 2022 | 99411198 | 2,776,710.00 | | | 2,776,710 |
| | 60% shipment | 99427953 | 1,697,283.60 | | | 1,697,284 |
| | | 99431280 | | 4,202,768.04 | | 4,202,768 |
| | | 99431837 | | 147,194.40 | | 147,194 |
| | | 99433210 | | 505,360.80 | | 505,361 |
| | | 99433620 | | 62,700.00 | | 62,700 |
| | | 99435236 | | 2,093,546.36 | | 2,093,546 |
| | | 99436773 | | 558,655.20 | | 558,655 |
| | | 99437870 | | 235,124.41 | | 235,124 |
| | | 99437871 | | 222,208.20 | | 222,208 |
| | | 99440425 | | 45,144.00 | | 45,144 |
| | | 99440658 | | 147,502.00 | | 147,502 |
| | | 99440659 | 0.00 | | | 0 |
| | | 99440830 | | 120,417.00 | | 120,417 |
| | | 99445161 | 296,152.35 | | | 296,152 |
| | | 99445932 | | 766,191.40 | | 766,191 |
| | | 99446215 | | 161,819.45 | | 161,819 |
| | | 99447573 | 159,466.65 | | | 159,467 |
| | | 99447575 | | 316,378.28 | | 316,378 |
| | | 999907143 | 0.00 | | | 0 |
| | | 999907206 | -455,619.00 | | | -455,619 |
| | 5% line start up | Not invoiced | | | 925,570 | 925,570 |
| | 5% line acceptance, not to exceed 180 days from shipment | Not invoiced | | | 925,570 | 925,570 |
| Equipment Total | | | 7,250,704 | 9,585,010 | 1,851,140 | 18,686,853 |
| Installation | 15% contract signing | 99407953 | 585,000 | | | 585,000 |
| | 15% January 2022 | 99411203 | 585,000 | | | 585,000 |
| | 20% on site mobilisation | Not invoiced | | | 780,000 | 780,000 |
| | 20% on site mobilisation +30days | Not invoiced | | | 780,000 | 780,000 |
| | 20% on site mobilisation +60days | Not invoiced | | | 780,000 | 780,000 |
| | 10% completion | Not invoiced | | | 390,000 | 390,000 |
| Installation Total | | | 1,170,000 | | 2,730,000 | 3,900,000 |
| Engineering | 10% contract signing | 99407954 | 221,300.00 | | | 221,300 |
| | 15% 31 Jan 2022 | 99411223 | 331,950.00 | | | 331,950 |

3