**This order is SIGNED.**

**Dated: February 2, 2026**

**PEGGY HUNT**
**U.S. Bankruptcy Judge**



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>VOBEV, LLC, a Utah limited liability company,<br><br>Debtor. | Bankruptcy Case No. 24-26346 (PH)<br><br>Chapter 11<br><br>Honorable Peggy Hunt<br>[Filed Electronically] |

**ORDER GRANTING GUC LIQUIDATING TRUST'S *EX PARTE* MOTION UNDER FED. R. BANKR. P. 2004 AND 9016 AND LOCAL RULE 2004-1 (INTERTECH COMMUNICATION & ELECTRIC INS.)**

The matter before the Court is *GUC Liquidating Trust's Ex Parte Motion Under Fed. R. Bankr. P. 2004 And 9016 And Local Rule 2004-1 (InterTech Communication & Electric Ins.)* filed by the GUC Liquidating Trust (the "**Liquidating Trust**") for the above-referenced bankruptcy estate. Based on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Liquidating Trust is authorized to examine InterTech Communication & Electric Ins. by sending a subpoena requiring the production of documents.  The recipient thereof may be compelled to produce responsive documents pursuant to the Federal Rules.

-------------------------------------------END OF ORDER-----------------------------------------
###

4912-2038-6440

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER GRANTING GUC LIQUIDATING TRUST'S EX PARTE MOTION UNDER FED. R. BANKR. P. 2004 AND 9016 AND LOCAL RULE 2004-1 (INTERTECH LLC)** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- **James W. Anderson**, jwa@clydesnow.com, gmortensen@clydesnow.com
- **Megan K Baker**, baker.megan@dorsey.com
- **Daniel B. Besikof**, dbesikof@lowenstein.com
- **David P. Billings**, dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Zachary Bloomer**, zbloomer@grsm.com
- **Ryan C. Cadwallader**, rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler**, dchandler@aklawfirm.com
- **Joseph M.R. Covey**, jcovey@parrbrown.com, calendar@parrbrown.com, lstumpf@parrbrown.com
- **James Duncan**, james.duncan@huschblackwell.com
- **Michael S. Etkin**, metkin@lowenstein.com
- **Gregg M. Galardi**, gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com, eric.schriesheim@ropesgray.com
- **Arnold L. Graff**, agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net, jpowell@wrightlegal.net
- **George B. Hofmann**, ghofmann@ck.law, mparks@ck.law, enilson@ck.law
- **Michael R. Johnson**, mjohnson@rqn.com, docket@rqn.com, asanchez@rqn.com, rqn@ecfalerts.com
- **Melanie Jones-Cannon**, mjonescannon@rqn.com, docket@rqn.com, ecasaday@rqn.com
- **David H. Leigh**, dleigh@rqn.com, asanchez@rqn.com, docket@rqn.com
- **Austin C Nate**, anate@rqn.com, docket@rqn.com, arollins@rqn.com
- **Bruce S. Nathan**, bnathan@lowenstein.com, elawler@lowenstein.com, cgauvin@lowenstein.com
- **Darren B. Neilson**, dneilson@parsonsbehle.com
- **Mark A. Nickel**, mnickel@grsm.com, sgomez@grsm.com, vls_slcsupport@grsm.com, mstevens@grsm.com
- **Michael Papandrea**, mpapandrea@lowenstein.com
- **Christopher L. Perkins**, cperkins@eckertseamans.com
- **George W. Pratt**, gpratt@buchalter.com
- **Mark C. Rose**, mrose@mbt-law.com, markcroselegal@gmail.com
- **Brian M. Rothschild**, brothschild@parsonsbehle.com, ecf@parsonsbehle.com, docket@parsonsbehle.com
- **Jeffrey Weston Shields**, jshields@rqn.com, 5962725420@filings.docketbird.com, docket@rqn.com, ecasaday@rqn.com
- **Skyler M. Tanner**, stanner@parrbrown.com, mkano@parrbrown.com

- **Engels Tejeda**, ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com
- **Landon S. Troester**, lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee**, ustpregion19.sk.ecf@usdoj.gov
- **Steven T. Waterman**, waterman.steven@dorsey.com, bingham.karen@dorsey.com, steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden**, melinda.willden@usdoj.gov, james.gee@usdoj.gov, lindsey.huston@usdoj.gov, rinehart.peshell@usdoj.gov, rachelle.d.hughes@usdoj.gov; brittany.dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Intertech LLC
2120 Powers Ferry Road, Suite 400
Atlanta, GA 30339

/s/ Brian M. Rothschild

2

4909-1600-4748.v1