Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ecf@parsonsbehle.com

*Counsel for the Vobev Liquidating Trust*

**Hearing: October 13, 2026 at 2:30 p.m. (MT)**

**Objection Deadline: October 9, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**VOBEV, LLC**, a Utah limited liability company,<br><br>Debtor | Bankruptcy Case No. 24-bk-26346-PH<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

# NOTICE UNDER LOCAL RULE 9013-1 OF CONTINUED HEARING ON LIQUIDATING TRUSTEE'S MOTION TO DECLARE NON-COMPLIANT GUC BENEFICIARY INTERESTS FORFEITED

PLEASE TAKE NOTICE that the Honorable Judge Peggy Hunt has set a continued hearing on the GUC Liquidating Trustee's *Motion to Declare Non-Compliant GUC Beneficiary Interests Forfeited* (the "**Motion**"). The Court has set a hearing for **October 13, 2026 at 2:30 PM** (Prevailing Utah Time) (the "**Hearing**") in the United States Bankruptcy Court via using the following video conference information:

https://www.zoomgov.com/j/16147478650
Meeting ID: 161 4747 8650
Passcode/Participant ID: 9671833
Or by telephone conference at + 1 669 254 5252, passcode 9671833

**Summary of Relief Requested**. At the Hearing, the Court will consider relief requested in the Motion, including the GUC Liquidating Trust's request to deem forfeited the beneficiary interests held by the Non-Compliant GUC Trust Beneficiaries listed on Exhibit 1 to the Supplemental Declaration of Matthew McKinlay (Doc. 689).

A copy of the Motion and all other pleadings in this chapter 11 case can be obtained through the Bankruptcy Court's Public Access to Court's Electronic Records (PACER) system, available

at http://www.utb.uscourts.gov or by contacting undersigned counsel and requesting a copy, which will be delivered free of charge electronically or in paper format.

**YOUR RIGHTS MAY BE AFFECTED.**

IF YOU OBJECT TO THE RELIEF REQUESTED IN ANY OR ALL OF THE MOTIONS, YOU MUST, **(1) NO LATER THAN OCTOBER 9, 2026 FILE YOUR OBJECTION WITH THE BANKRUPTCY COURT AND SERVE IT ON THE UNDERSIGNED, THE UNITED STATES TRUSTEE, AND ANY PARTY WHO HAS FILED A REQUEST FOR NOTICE IN THIS CASE; AND (3) ATTEND THE HEARING SCHEDULED FOR OCTOBER 13, 2026 AT 2:30 PM, (PREVAILING UTAH TIME) AT THE ABOVE VIDEO CONFERENCE LINE.**

IF YOU FAIL TO OBJECT, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT HEARING YOUR OBJECTION.

Respectfully submitted,

DATED: October 1, 2026.

**PARSONS BEHLE & LATIMER**

By: /s/ *Brian M. Rothschild*
Brian M. Rothschild
*Counsel for the Vobev Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the **NOTICE UNDER LOCAL RULE 9013-1 OF CONTINUED HEARING ON LIQUIDATING TRUSTEE'S MOTION TO DECLARE NON-COMPLIANT GUC BENEFICIARY INTERESTS FORFEITED** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Office of the United States Trustee and all other electronic filing users in this case including the following:

- **James W. Anderson** jwa@clydesnow.com, mnortham@clydesnow.com
- **Megan K Baker** baker.megan@dorsey.com
- **Daniel B. Besikof** dbesikof@lowenstein.com
- **David P. Billings** dbillings@fabianvancott.com, khaynes@fabianvancott.com
- **Zachary Bloomer** zbloomer@grsm.com
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **James Duncan** james.duncan@huschblackwell.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Gregg M. Galardi** ggalardi@mcdermottlaw.com, nova.alindogan@ropesgray.com;Eric.Schriesheim@ropesgray.com
- **Arnold L. Graff** agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Melanie Jones-Cannon** mjonescannon@rqn.com, docket@rqn.com;ecasaday@rqn.com
- **David H. Leigh** dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Austin C Nate** anate@rqn.com, docket@rqn.com;mkuchenthal@rqn.com
- **Bruce S. Nathan** bnathan@lowenstein.com, elawler@lowenstein.com;cgauvin@lowenstein.com
- **Darren B. Neilson** dneilson@parsonsbehle.com, ecf@parsonsbehle.com
- **Mark A. Nickel** mnickel@grsm.com, VLS_SLCSupport@grsm.com,SLCStaff@grsm.com
- **Michael Papandrea** mpapandrea@lowenstein.com
- **Christopher L. Perkins** cperkins@eckertseamans.com
- **George W. Pratt** gpratt@buchalter.com, nbottema@buchalter.com,lpump@buchalter.com
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;asanchez@rqn.com

- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **Skyler M. Tanner** stanner@parrbrown.com, mkano@parrbrown.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Landon S. Troester** lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, gordon.rebecca@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov ;Brittany.Dewitt@usdoj.gov

In addition to electronic service via ECF, I served the same by U.S. Mail, First-Class™ postage prepaid to the following parties:

**Marc C. Ayala**
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

**BetterCans, LLC**
7144 Cabernet Ct.
Dublin, OH 43016

**Charles A. Dale**
Proskauer Rose, LLP
One International Place
Boston, MA 02110-2600

**FTI Consulting, Inc.**
999 17th Street, Suite 700
Denver, CO 80202

**David E. Finkelson**
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, DC 20006

**Carolyn M. Gauvin**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**Dion W. Hayes**
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219

**David Hillman**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299

**Houlihan Lokey Capital, Inc.**
245 Park Avenue
20th Floor
New York, NY 10167

**Vincent Indelicato**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299

**Matthew Koch**
Eleven Times Square
New York, NY 10036-8299

**L. Katie Mason**
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4428

**Sarah S. Mattingly**
Dinsmore & Shohl LLP
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

**David Munkittrick**
Proskauer Rose LLP
Eleven Times Square
New York, UT 10036-8299

**N. Neville Reid**
Fox Swibel Levin & Carroll, LLP
200 W. Madison St.
Suite 3000
Chicago, IL 60606

**Eric P Schriesheim**
Ropes & Gray LLP
191 North Wacker Drive
Chicago, IL 60606

**Cassandra Sepanik Shoemaker**
McGuireWoods LLP
2601 Olive Street, Suite 2100
Dallas, TX 75201

**John D. VanDeventer**
Fox Swibel Levin & Carroll, LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

**Benjamin Waisbren**
Boies Schiller Flexner, LLP
1401 New York Avenue, NW
Washington, DC 20005

**Jeffrey C. Wisler**
Connolly Gallagher LLP
1201 North Market Street
20th Floor
Wilmington, DE 19081

**Samuel C. Wisotzkey**
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd
Milwaukee, WI 53212-1059

**Renee Zaytsev**
Boies Schiller Flexner, LLP
55 Hudson Yards
20th Floor
New York, NY 10001

(3) In addition to the foregoing, I served the same by U.S. Mail, First-Class™ postage prepaid to each of the Claimants and Registered Agents listed on Exhibit A attached hereto.

Dated the 2nd day of October, 2026.

*/s/ Brian M. Rothschild*
Brian M. Rothschild
201 S. Main St. Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email: brothschild@parsonsbehle.com

**<u>EXHIBIT A</u>**
**Non-Compliant GUC Trust Beneficiaries**
**Updated as of 9/30/2026**

**Vobev GUC Liquidating Trust**

Analysis of Trust Beneficiaries with Missing Tax ID Numbers

As of October 1, 2026

| | | | | | | Address per Debtor's Books and Records, or from Proof of Claim (where applicable) | | | | | Registered Agent Address | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Claimant Name | Contingent | Unliquidated | Disputed | Claim Amount | Address 1 | Address 2 | City | State | Zip | Registered Agent Name | Registered Agent Address 1 | Registered Agent Address 2 | Registered Agent City | Registered Agent State | Registered Agent Zip | Attempted to contact by phone | Attempted to contact by email | Initial Mailing Date | Certified Letter Second Notice Date | Email Notification Date | RA Certified Mailing Date |
| Schedule F | ALLIED ADMINISTRATORS FOR DELTA DENTAL | | | | $ 21,018.93 | P.O. BOX 45793 | | SAN FRANCISCO | CA | 94145-0793 | Cheada Lao | 501 14TH STREET SUITE 200 | | Oakland | CA | 94612 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| 113 | AMCO INDUSTRIES | | | | 5,301.00 | 114/116 CANADA STREET LAKE PO BOX 39 | CARGELLIGO NSW 2672 | AUSTRALIA | | | | | | | | | Yes | Yes | 4/10/2026 | 7/1/2026 | 6/26/2026 | |
| 90 | Ammega US Inc | | | | 1,075.56 | 10431 Midwest Industrial Dr | | ST LOUIS | MO | 63132 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| Schedule F | BMO CORPORATE CARD | | | | 8,516.53 | 790 N WATER STREET | 11TH FLOOR | MILWAUKEE | WI | 53202 | C T Corporation System | 301 South Bedford Street, | | Madison | WI | 53703 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| Schedule F | CHUBB | | | | 10,719.00 | P.O. BOX 382001 | | PITTSBURGH | PA | 15250-8001 | CT Corporation System | Suite 401 | | Harrisburg | PA | 17101 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| Schedule F | CSW MACHINERY B.V. | Y | Y | Y | 16,828.56 | RIGASTRAAT 16 | 7418 EW DEVENTER | NETHERLANDS | | | NOT LOCATED | | | | | | | | 4/10/2026 | 7/1/2026 | | |
| Schedule F | DELTA EXPRESS INC | | | | 4,221.70 | 603 CANTERBURY RD | | KINGS MOUNTAIN | NC | 28086 | Viktor Matviychuk | 603 Canterbury Road | | Kings Mountain | NC | 28086 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| 107 | FedEx Express Corporation | | | | 4,015.00 | 3965 Airways Blvd Mod G 4th fl | | Memphis | TN | 38116 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| 167 | HARTNEY, COLE | | | | 900.00 | 983 E Well Spring Rd Apt 23W | | MIDVALE | UT | 84047 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| Schedule F | HF MEYER MASCHINENBAU - (GERMANY) | | | | 2,584.20 | 23730 NEUSTADT IN HOLSTEIN | | GERMANY | | | NOT LOCATED | | | | | | | | 4/10/2026 | 7/1/2026 | | |
| Schedule F | ILOBBY CORP | Y | Y | Y | 2,970.00 | 5255 YOUGE STREET SUITE 1500 | NORTH YORK ON M2N 6P4 | CANADA | | | NOT LOCATED | | | | | | | | 4/10/2026 | 7/1/2026 | | |
| Schedule F | NOVELIS KOREA | | | | 233,531.96 | 23F, YONSEI JAEDAN SEVERANCE BLDG. 10, TONGIL-RO | JUNG-GU, SEOUL 4527 | SOUTH KOREA | | | Corporation Service Company | 2 Sun Court | Suite 400 | Peachtree Corners | GA | 30092 | | | 4/10/2026 | 7/1/2026 | | 9/18/2026 |
| Schedule F | REMOVIFY PTY LTD | | | | 1,548.00 | 64 GWYNNE STREET | CREMORNE VIC 3121 | AUSTRALIA | | | Registered Agents Inc | 4539 22nd St | STE R | Phoenix | AZ | 85016 | | | 4/10/2026 | 7/1/2026 | | 9/18/2026 |
| 168 | State of Utah, Division of Air Quality | | | | 800.00 | 195 North 1950 West PO Box 140873 | | SALT LAKE CITY | UT | 84114-4820 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| Schedule F | VERIZON WIRELESS | | | | $ 181.14 | PO BOX 660108 | | DALLAS | TX | 75266-0108 | C T Corporation System | 1999 Bryan St | Suite 900 | Dallas | TX | 75201 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |