Signed as modified by the Court.

**This order is SIGNED.**

**Dated: October 26, 2026**

**PEGGY HUNT**
**U.S. Bankruptcy Judge**

***nbh***

*Proposed Order Submitted By:*
Brian M. Rothschild, USB #15316
Andrew J. Somers, USB #19078
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ASomers@parsonsbehle.com
ecf@parsonsbehle.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>VOBEV, LLC, a Utah limited liability company,<br><br>Debtor. | Bankruptcy Case No. 24-26346 (PH)<br><br>Chapter 11<br><br>Honorable Peggy Hunt<br>[Filed Electronically] |

**ORDER GRANTING GUC LIQUIDATING TRUST'S *EX PARTE* MOTION UNDER FED. R. BANKR. P. 2004 AND 9016 AND LOCAL RULE 2004-1 (ALAN CARR)**

The matter before the Court is *GUC Liquidating Trust's Ex Parte Motion Under Fed. R. Bankr. P. 2004 And 9016 And Local Rule 2004-1 (Alan Carr)* filed by the GUC Trust (the "**Liquidating Trust**") for the above-referenced bankruptcy estate. Based on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is Granted. The Liquidating Trust is authorized to examine Alan Carr by (a) sending a subpoena requiring the production of documents and (b) conducting an examination of Mr. Carr in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1. The recipient thereof may be compelled to produce responsive documents pursuant to the Federal Rules.

**------------------------------------------END OF ORDER------------------------------------------**

###



4929-0492-7696

**DESIGNATION OF PARTIES TO RECEIVE SERVICE**

Service of the foregoing **ORDER GRANTING GUC LIQUIDATING TRUST'S EX PARTE MOTION UNDER FED. R. BANKR. P. 2004 AND 9016 AND LOCAL RULE 2004-1 (ALAN CARR)** shall be served on the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- **James W. Anderson** jwa@clydesnow.com, mnortham@clydesnow.com
- **Megan K Baker** baker.megan@dorsey.com, gordon.rebecca@dorsey.com
- **Daniel B. Besikof** dbesikof@lowenstein.com
- **David P. Billings** dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Zachary Bloomer** zbloomer@grsm.com
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **James Duncan** james.duncan@huschblackwell.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Gregg M. Galardi** ggalardi@mcdermottlaw.com, nova.alindogan@ropesgray.com;Eric.Schriesheim@ropesgray.com
- **Arnold L. Graff** agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Carson Heninger** heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com
- **Melanie Jones-Cannon** mjonescannon@rqn.com, docket@rqn.com;ecasaday@rqn.com
- **David H. Leigh** dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Austin C Nate** anate@rqn.com, docket@rqn.com;mkuchenthal@rqn.com
- **Bruce S. Nathan** bnathan@lowenstein.com, elawler@lowenstein.com;cgauvin@lowenstein.com
- **Darren B. Neilson** dneilson@parsonsbehle.com, ecf@parsonsbehle.com
- **Mark A. Nickel** mnickel@grsm.com, VLS_SLCSupport@grsm.com,SLCStaff@grsm.com
- **Michael Papandrea** mpapandrea@lowenstein.com
- **Christopher L. Perkins** cperkins@eckertseamans.com
- **George W. Pratt** gpratt@buchalter.com, nbottema@buchalter.com,lpump@buchalter.com
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **Skyler M. Tanner** stanner@parrbrown.com, mkano@parrbrown.com

Case 24-26446 Doc 695 Filed 10/23/25 Entered 10/23/25 11:34:52 Desc Main Document Page 4 of 5

- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Landon S. Troester** lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, gordon.rebecca@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov ;Brittany.Dewitt@usdoj.gov

**By U.S. Mail**: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice via mail:

**Marc C. Ayala**
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

**BetterCans, LLC**
7144 Cabernet Ct.
Dublin, OH 43016

**Alexander S. Chang**
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

**Charles A. Dale**
Proskauer Rose, LLP
One International Place
Boston, MA 02110-2600

**FTI Consulting, Inc.**
999 17th Street
Suite 700
Denver, CO 80202

**David E. Finkelson**
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006

**Carolyn M. Gauvin**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**L. Katie Mason**
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4428

**Sarah S. Mattingly**
Dinsmore & Shohl LLP
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

**David Munkittrick**
Proskauer Rose LLP
Eleven Times Square
New York, UT 10036-8299

**N. Neville Reid**
Fox Swibel Levin & Carroll, LLP
200 W. Madison St.
Suite 3000
Chicago, IL 60606

**Eric P Schriesheim**
Ropes & Gray LLP
191 North Wacker Drive
Chicago, IL 60606

**Cassandra Sepanik Shoemaker**
McGuireWoods LLP
2601 Olive Street, Suite 2100
Dallas, TX 75201

**John D. VanDeventer**

Case 24-26346 Doc 695 Filed 10/23/25 Entered 10/23/25 11:03:52 Desc Main Document Page 5 of 5

**Dion W. Hayes**
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219

**David Hillman**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299

**Houlihan Lokey Capital, Inc.**
245 Park Avenue
20th Floor
New York, NY 10167

**Vincent Indelicato**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299

**Matthew Koch**
Eleven Times Square
New York, NY 10036-8299

**Renee Zaytsev**
Boies Schiller Flexner, LLP
55 Hudson Yards
20th Floor
New York, NY 10001

Fox Swibel Levin & Carroll, LLP
200 W. Madison St.
Suite 3000
Chicago, IL 60606

**Benjamin Waisbren**
Boies Schiller Flexner, LLP
1401 New York Avenue, NW
Washington, DC 20005

**Jeffrey C. Wisler**
Connolly Gallagher LLP
1201 North Market Street
20th Floor
Wilmington, DE 19081

**Samuel C. Wisotzkey**
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd
Milwaukee, WI 53212-1059

/s/ Andrew J. Somers