Signed as modified by the Court.

**This order is SIGNED.**

**Dated: October 26, 2026**

**PEGGY HUNT**
**U.S. Bankruptcy Judge**

nbh

*Proposed Order Submitted By:*
Brian M. Rothschild, USB #15316
Darren Neilson, USB #15005
Andrew J. Somers, USB #19078
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
DNeilson@parsonsbehle.com
ecf@parsonsbehle.com

*Counsel for GUC Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**VOBEV, LLC**, a Utah limited liability company,<br><br>Debtor. | Bankruptcy Case No. 24-bk-26346-PH<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

**ORDER GRANTING MOTION TO DECLARE NON-COMPLIANT GUC BENEFICIARY INTERESTS FORFEITED**

Upon the GUC Liquidating Trust's (the "**Liquidating Trust**") Motion (the "**Motion**") to deem the claims and beneficial interests held by certain beneficiaries of the GUC Liquidating Trust as identified in Exhibit 1 attached hereto forfeited and disallowed for failure to provide the Liquidating Trustee with necessary tax information (ECF 679); and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C.

§§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 ~~and 1409~~; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court has continuing jurisdiction under section XI of the Confirmation Order [ECF 499] and it appearing cause exists to grant the relief requested by the Motion; and no objections to the Motion having been filed;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED.

2. All claims and/or interests held by the GUC Trust Beneficiaries reflected on Exhibit 1 hereto are immediately disallowed and forfeited including, without limitation, the right to receive or participate in any distributions made by the GUC Liquidating Trust.

3. The Liquidating Trustee is authorized and empowered to take all action necessary to implement the relief requested in the Motion and granted by this Order.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order.

**-----------------------------------------END OF DOCUMENT----------------------------------------**

# EXHIBIT 1

**Vobev GUC Liquidating Trust**

Analysis of Trust Beneficiaries with Missing Tax ID Numbers

As of October 1, 2026

| | | | | | | Address per Debtor's Books and Records, or from Proof of Claim (where applicable) | | | | | Registered Agent Address | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Claimant Name | Contingent | Unliquidated | Disputed | Claim Amount | Address 1 | Address 2 | City | State | Zip | Registered Agent Name | Registered Agent Address 1 | Registered Agent Address 2 | Registered Agent City | Registered Agent State | Registered Agent Zip | Attempted to contact by phone | Attempted to contact by email | Initial Mailing Date | Certified Letter Second Notice Date | Email Notification Date | RA Certified Mailing Date |
| Schedule F | ALLIED ADMINISTRATORS FOR DELTA DENTAL | | | | $ 21,018.93 | P.O. BOX 45793 | | SAN FRANCISCO | CA | 94145-0793 | Cheada Lao | 501 14TH STREET SUITE 200 | | Oakland | CA | 94612 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| 113 | AMCO INDUSTRIES | | | | 5,301.00 | 114/116 CANADA STREET LAKE PO BOX 39 | CARGELLIGO NSW 2672 | AUSTRALIA | | | | | | | | | Yes | Yes | 4/10/2026 | 7/1/2026 | 6/26/2026 | |
| 90 | Ammega US Inc | | | | 1,075.56 | 10431 Midwest Industrial Dr | | ST LOUIS | MO | 63132 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| Schedule F | BMO CORPORATE CARD | | | | 8,516.53 | 790 N WATER STREET | 11TH FLOOR | MILWAUKEE | WI | 53202 | C T Corporation System | 301 South Bedford Street, | | Madison | WI | 53703 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| Schedule F | CHUBB | | | | 10,719.00 | P.O. BOX 382001 | | PITTSBURGH | PA | 15250-8001 | CT Corporation System | Suite 401 | | Harrisburg | PA | 17101 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| Schedule F | CSW MACHINERY B.V. | Y | Y | Y | 16,828.56 | RIGASTRAAT 16 | 7418 EW DEVENTER | NETHERLANDS | | | NOT LOCATED | | | | | | | | 4/10/2026 | 7/1/2026 | | |
| Schedule F | DELTA EXPRESS INC | | | | 4,221.70 | 603 CANTERBURY RD | | KINGS MOUNTAIN | NC | 28086 | Viktor Matviychuk | 603 Canterbury Road | | Kings Mountain | NC | 28086 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |
| 107 | FedEx Express Corporation | | | | 4,015.00 | 3965 Airways Blvd Mod G 4th fl | | Memphis | TN | 38116 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| 167 | HARTNEY, COLE | | | | 900.00 | 983 E Well Spring Rd Apt 23W | | MIDVALE | UT | 84047 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| Schedule F | HF MEYER MASCHINENBAU - (GERMANY) | | | | 2,584.20 | 23730 NEUSTADT IN HOLSTEIN | | GERMANY | | | NOT LOCATED | | | | | | | | 4/10/2026 | 7/1/2026 | | |
| Schedule F | ILOBBY CORP | Y | Y | Y | 2,970.00 | 5255 YOUGE STREET SUITE 1500 | NORTH YORK ON M2N 6P4 | CANADA | | | NOT LOCATED | | | | | | | | 4/10/2026 | 7/1/2026 | | |
| Schedule F | NOVELIS KOREA | | | | 233,531.96 | 23F, YONSEI JAEDAN SEVERANCE BLDG. 10, TONGIL-RO | JUNG-GU, SEOUL 4527 | SOUTH KOREA | | | Corporation Service Company | 2 Sun Court | Suite 400 | Peachtree Corners | GA | 30092 | | | 4/10/2026 | 7/1/2026 | | 9/18/2026 |
| Schedule F | REMOVIFY PTY LTD | | | | 1,548.00 | 64 GWYNNE STREET | CREMORNE VIC 3121 | AUSTRALIA | | | Registered Agents Inc | 4539 22nd St | STE R | Phoenix | AZ | 85016 | | | 4/10/2026 | 7/1/2026 | | 9/18/2026 |
| 168 | State of Utah, Division of Air Quality | | | | 800.00 | 195 North 1950 West PO Box 140873 | | SALT LAKE CITY | UT | 84114-4820 | | | | | | | Yes | Yes | 4/10/2026 | 7/3/2026 | 6/26/2026 | |
| Schedule F | VERIZON WIRELESS | | | | $ 181.14 | PO BOX 660108 | | DALLAS | TX | 75266-0108 | C T Corporation System | 1999 Bryan St | Suite 900 | Dallas | TX | 75201 | | | 4/10/2026 | 7/3/2026 | | 9/18/2026 |

## DESIGNATION OF PARTIES TO RECEIVE SERVICE

Service of the foregoing **ORDER GRANTING MOTION TO EXTEND CLAIMS OBJECTION DEADLINE** shall be served on the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users

- **James W. Anderson** jwa@clydesnow.com, mnortham@clydesnow.com
- **Megan K Baker** baker.megan@dorsey.com, gordon.rebecca@dorsey.com
- **Daniel B. Besikof** dbesikof@lowenstein.com
- **David P. Billings** dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Zachary Bloomer** zbloomer@grsm.com
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **James Duncan** james.duncan@huschblackwell.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Gregg M. Galardi** ggalardi@mcdermottlaw.com, nova.alindogan@ropesgray.com;Eric.Schriesheim@ropesgray.com
- **Arnold L. Graff** agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Carson Heninger** heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com
- **Melanie Jones-Cannon** mjonescannon@rqn.com, docket@rqn.com;ecasaday@rqn.com
- **David H. Leigh** dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Austin C Nate** anate@rqn.com, docket@rqn.com;mkuchenthal@rqn.com
- **Bruce S. Nathan** bnathan@lowenstein.com, elawler@lowenstein.com;cgauvin@lowenstein.com
- **Darren B. Neilson** dneilson@parsonsbehle.com, ecf@parsonsbehle.com
- **Mark A. Nickel** mnickel@grsm.com, VLS_SLCSupport@grsm.com,SLCStaff@grsm.com
- **Michael Papandrea** mpapandrea@lowenstein.com
- **Christopher L. Perkins** cperkins@eckertseamans.com
- **George W. Pratt** gpratt@buchalter.com, nbottema@buchalter.com,lpump@buchalter.com
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **Skyler M. Tanner** stanner@parrbrown.com, mkano@parrbrown.com

- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Landon S. Troester** lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, gordon.rebecca@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

~~**By U.S. Mail**: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice via mail:~~

~~All parties on the Court's official matrix, attached hereto.~~

~~In addition to the foregoing, the following parties should be served the same via U.S. Mail, First-Class™ postage prepaid to each of the Claimants and Registered Agents listed on Exhibit 1 hereto.~~

/s/ Andrew J. Somers

11:11 SYSTEMS, INC.
695 ROUTE 46, SUITE 301
FAIRFIELD, NJ 07004

A-CORE CONCRETE CUTTING, INC.
5360 S RILEY LANE
MURRAY, UT 84107

A.S.I. INTERNATIONAL, INC
10 SHAWNEE DRIVE, SUTIE B5
WATCHUNG, NJ 07069

A.T. KEARNEY
ATTN: AZAZ FAUKI, PARTNER
227 W. MONROE STREET
SUITE 4000
CHICAGO, IL 60606

ABBAS, ALI
ADDRESS ON FILE

ABDULLAH, ALI
ADDRESS ON FILE

ABSOLUTE TECHNICAL SERVICES
1856 N NOB HILL
SUITE 303
FORT LAUDERDALE, FL 33322

ACF FINCO I LP
560 WHITE PLAINS ROAD
SUITE 400
TARRYTOWN, NY 10591

ADAMS, EDWARD
ADDRESS ON FILE

ADEL, MINA
ADDRESS ON FILE