**This order is SIGNED.**

**Dated: October 26, 2026**

**PEGGY HUNT**
**U.S. Bankruptcy Judge**

*nbh*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-26346 |
| VOBEV, LLC, | Chapter 11 |
| Debtor. | Honorable Peggy Hunt |

**ORDER REQUIRING SERVICE BY LIQUIDATING TRUSTEE**

An *Application for Entry of Judgment Deeming Non-Compliant GUC Trust Beneficiary Interests Forfeited* [Dkt. No. 679] (the “Motion”) was filed by the Liquidating Trustee (the “Trustee”) on August 11, 2026. On October 26, 2026, the Court entered an *Order Granting Motion to Declare Non-Compliant GUC Beneficiary Interests Forfeited* [Dkt. No. 698] (the “Order”) granting the relief requested.

**IT IS HEREBY ORDERED that:**

1. The Trustee will serve the Order on the Court’s official matrix via U.S. Mail.
2. The Trustee will serve the Claimants and Registered Agents on Exhibit 1 attached to the Order via First-Class U.S. Mail.
3. Upon completion, a Certificate of Service should be filed into the record.

--END OF ORDER--

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing *Order Requiring Service by Liquidating Trustee* shall be served on the parties in the manner designated below:

**By Electronic Service**: The parties of record in this case, as identified below, are registered CM/ECF users.

- **James W. Anderson** jwa@clydesnow.com, mnortham@clydesnow.com
- **Megan K Baker** baker.megan@dorsey.com, gordon.rebecca@dorsey.com
- **Daniel B. Besikof** dbesikof@lowenstein.com
- **David P. Billings** dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Zachary Bloomer** zbloomer@grsm.com
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **James Duncan** james.duncan@huschblackwell.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Gregg M. Galardi** ggalardi@mcdermottlaw.com, nova.alindogan@ropesgray.com;Eric.Schriesheim@ropesgray.com
- **Arnold L. Graff** agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Carson Heninger** heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com
- **Melanie Jones-Cannon** mjonescannon@rqn.com, docket@rqn.com;ecasaday@rqn.com
- **David H. Leigh** dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Austin C Nate** anate@rqn.com, docket@rqn.com;mkuchenthal@rqn.com
- **Bruce S. Nathan** bnathan@lowenstein.com, elawler@lowenstein.com;cgauvin@lowenstein.com
- **Darren B. Neilson** dneilson@parsonsbehle.com, ecf@parsonsbehle.com
- **Mark A. Nickel** mnickel@grsm.com, VLS_SLCSupport@grsm.com,SLCStaff@grsm.com
- **Michael Papandrea** mpapandrea@lowenstein.com
- **Christopher L. Perkins** cperkins@eckertseamans.com
- **George W. Pratt** gpratt@buchalter.com, nbottema@buchalter.com,lpump@buchalter.com
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **Andrew James Somers** asomers@parsonsbehle.com, ecf@parsonsbehle.com
- **Skyler M. Tanner** stanner@parrbrown.com, mkano@parrbrown.com

- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Landon S. Troester** lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, gordon.rebecca@dorsey.com,steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov ;Brittany.Dewitt@usdoj.gov