**This order is SIGNED.**

**Dated: November 9, 2026**

**PEGGY HUNT**
**U.S. Bankruptcy Judge**

nbh

*Proposed Order Submitted By:*
Brian M. Rothschild, USB #15316
Andrew J. Somers, USB #19078
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
ASomers@parsonsbehle.com
ecf@parsonsbehle.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>VOBEV, LLC, a Utah limited liability company,<br><br>Debtor. | Bankruptcy Case No. 24-26346 (PH)<br><br>Chapter 11<br><br>Honorable Peggy Hunt<br>[Filed Electronically] |

**ORDER GRANTING GUC TRUST'S *EX PARTE* MOTION UNDER FED. R. BANKR. P. 2004 AND 9016 AND LOCAL RULE 2004-1 (SIRQ, LLC)**

The matter before the Court is *GUC Trust's Ex Parte Motion Under Fed. R. Bankr. P. 2004 And 9016 And Local Rule 2004-1 (SIRQ, LLC)* filed by the GUC Trust (the "**Liquidating Trust**") for the above-referenced bankruptcy estate. Based on the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Liquidating Trust is authorized to examine SIRQ, LLC by (a) sending a subpoena requiring the production of documents in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1. The recipient thereof may be compelled to produce responsive documents pursuant to the Federal Rules.

**-----------------------------------------END OF ORDER-----------------------------------------**

###

## DESIGNATION OF PARTIES TO RECEIVE SERVICE

Service of the foregoing **ORDER GRANTING GUC TRUST'S *EX PARTE* MOTION UNDER FED. R. BANKR. P. 2004 AND 9016 AND LOCAL RULE 2004-1 (SIRQ, LLC)** shall by served on the parties and in the manner designated below:

By electronic service: I certify that the parties of record in this case as identified below are registered CM/ECF users:

- **James W. Anderson** jwa@clydesnow.com, gmortensen@clydesnow.com
- **Megan K Baker** baker.megan@dorsey.com
- **Daniel B. Besikof** dbesikof@lowenstein.com
- **David P. Billings** dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Zachary Bloomer** zbloomer@grsm.com
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com; lstumpf@parrbrown.com
- **James Duncan** james.duncan@huschblackwell.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Gregg M. Galardi** gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com; Eric.Schriesheim@ropesgray.com
- **Arnold L. Graff** agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net; jpowell@wrightlegal.net
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law; enilson@ck.law
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com; ASanchez@rqn.com;RQN@ecfalerts.com
- **Melanie Jones-Cannon** mjonescannon@rqn.com, docket@rqn.com; ecasaday@rqn.com
- **David H. Leigh** dleigh@rqn.com, ASanchez@rqn.com; docket@rqn.com
- **Austin C Nate** anate@rqn.com, docket@rqn.com; arollins@rqn.com
- **Bruce S. Nathan** bnathan@lowenstein.com, elawler@lowenstein.com; cgauvin@lowenstein.com
- **Darren B. Neilson** dneilson@parsonsbehle.com
- **Mark A. Nickel** mnickel@grsm.com, sgomez@grsm.com, VLS_SLCSupport@grsm.com, mstevens@grsm.com
- **Michael Papandrea** mpapandrea@lowenstein.com
- **Christopher L. Perkins** cperkins@eckertseamans.com
- **George W. Pratt** gpratt@buchalter.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com; docket@parsonsbehle.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com; docket@rqn.com; ecasaday@rqn.com
- **Skyler M. Tanner** stanner@parrbrown.com, mkano@parrbrown.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com

- **Landon S. Troester** lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, bingham.karen@dorsey.com, steven-waterman-9367@ecf.pacerpro.com
- **Melinda Willden tr** melinda.willden@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice via mail:

**Marc C. Ayala**
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

**BetterCans, LLC**
7144 Cabernet Ct.
Dublin, OH 43016

**Alexander S. Chang**
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

**Charles A. Dale**
Proskauer Rose, LLP
One International Place
Boston, MA 02110-2600

**FTI Consulting, Inc.**
999 17th Street
Suite 700
Denver, CO 80202

**David E. Finkelson**
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006

**Carolyn M. Gauvin**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**L. Katie Mason**
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4428

**Sarah S. Mattingly**
Dinsmore & Shohl LLP
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

**David Munkittrick**
Proskauer Rose LLP
Eleven Times Square
New York, UT 10036-8299

**N. Neville Reid**
Fox Swibel Levin & Carroll, LLP
200 W. Madison St.
Suite 3000
Chicago, IL 60606

**Eric P Schriesheim**
Ropes & Gray LLP
191 North Wacker Drive
Chicago, IL 60606

**Cassandra Sepanik Shoemaker**
McGuireWoods LLP
2601 Olive Street, Suite 2100
Dallas, TX 75201

**John D. VanDeventer**
Fox Swibel Levin & Carroll, LLP

**Dion W. Hayes**
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219

**David Hillman**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299

**Houlihan Lokey Capital, Inc.**
245 Park Avenue
20th Floor
New York, NY 10167

**Vincent Indelicato**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299

**Matthew Koch**
Eleven Times Square
New York, NY 10036-8299

**Renee Zaytsev**
Boies Schiller Flexner, LLP
55 Hudson Yards
20th Floor
New York, NY 10001

200 W. Madison St.
Suite 3000
Chicago, IL 60606

**Benjamin Waisbren**
Boies Schiller Flexner, LLP
1401 New York Avenue, NW
Washington, DC 20005

**Jeffrey C. Wisler**
Connolly Gallagher LLP
1201 North Market Street
20th Floor
Wilmington, DE 19081

**Samuel C. Wisotzkey**
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd
Milwaukee, WI 53212-1059

*/s/ Andrew J. Somers*